# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | USDC Case Number: 2:20-MJ-00196-DB |
| v. | **JUDGMENT IN CRIMINAL CASE** |
| **JENNIFER A. SCHMECK** | **(Class B Misdemeanor)** |

Defendant pleaded guilty, is adjudged guilty and convicted of the following offense(s):

| Charge(s) Defendant Convicted of: | Nature of Charge(s) |
|---|---|
| 18 U.S.C. § 13; C.V.C. § 23152(b) | Driving Under the Influence of Alcohol with a Blood Alcohol Level of 0.08 Percent or More |

**ACCORDINGLY, YOU ARE HEREBY SENTENCED TO THE FOLLOWING:**

☒ **PAY** a fine in the amount of $500, due within three years of Court Probation, a special assessment of $10 (due withing 14 days),
  ☒ Total financial obligation of $510.
  ☒ Monthly payments of no less than $50, per month until paid in full.

☒ **COURT PROBATION** for a term 3 years. Your conditions of probation are as follows:

  1. Your probation shall be unsupervised;
  2. You shall not commit another federal, state, or local crime;
  3. You shall notify the court and, if represented by counsel, your counsel of any change of address and contact number; and the following additional checked conditions:

  ☐ You shall perform __ hours of community service by __.

  **While on probation and subject to any financial obligation** of probation, you shall notify the court of any material change in your economic circumstances that might affect your ability to pay the fine.

☐ **YOU ARE HEREBY COMMITTED TO THE BUREAU OF PRISONS** to be imprisoned for a term of __ beginning immediately or by reporting to the United States Marshal located at 501 I Street, 5th Floor, Sacramento, California, 95814 on __ by __.

☐ **YOU ARE ALSO ORDERED TO APPEAR for a REVIEW HEARING** on __ at __ and **ORDERED TO** file a Status Report 14 days prior to your scheduled hearing. Please note that failure to appear could result in an arrest warrant being issued against you.

☒ **OTHER**: Defendant shall not operate a motor vehicle with any blood alcohol concentration for a period of three (3) years; agrees to submit to a blood or breath test when arrested on suspicion of driving under the influence for a period of three (3) years; and shall complete a California state licensed DUI class within twelve (12) months of sentencing.

**IT IS FURTHER ORDERED** that financial payments shall be made by **CHECK** or **MONEY ORDER** and will be subject to **late/delinquent charges imposed by the Court** if not paid timely. If your conviction also involves a moving violation, an abstract could be placed on your driving record. The check must be made payable to **"CLERK- U.S.D.C."** and SENT to the following address:

> **CLERK, UNITED STATES DISTRICT COURT**
> Eastern District of California- Sacramento
> 501 I Street, #4-200
> Sacramento, CA  95814

Your check or money order must indicate your name and case number shown above to ensure your account is credited for payment received and that no late fees or warrants/abstracts attach to your case for failure to pay.

DATED: 3/12/2021

*/s/ Deborah Barnes*
**Deborah Barnes**
United States Magistrate Judge

CRD Initials: pb